| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Magnus-Stinson, Jane E. | 2. Court or Organization US District Court Southern District of Indiana | 3. Date of Report 4/10/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge- active | **5a. Report Type (check appropriate type)** ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final **5b.** ☐ Amended Report | 6. Reporting Period 01/01/2020 **to** 12/31/2020 |
| 7. Chambers or Office Address Birch Bayh United States Courthouse 46 E. Ohio St., Room 204 Indianapolis, IN 45204 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Visitors | Indiana University Robert H. McKinney School of Law |
| 2. | Member, Board of Trustees | Butler University |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | Indiana Judges Retirement Fund, pension upon reaching retirement age |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Magnus-Stinson, Jane E.** | 4/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Indiana Judges Retirement Fund | $50,252.30 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Indiana Publie Employees Retirement Fund, pension |
| 2. 2020 | Indianapolis Airport Authority, wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Magnus-Stinson, Jane E.** | 4/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Magnus-Stinson, Jane E.** | 4/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 2. Settlers Life Individual Retirement Annuity | D | Interest | M | T | | | | | |
| 3. Indiana Members Credit Union Accts. | A | Int./Div. | K | T | | | | | |
| 4. Huntington Bank Acct. | A | Interest | K | T | | | | | |
| 5. Old National Bank Acct. | A | Interest | L | T | | | | | |
| 6. J IN 529 Age Based Income Portfolio | A | Interest | J | T | | | | | |
| 7. G IN 529 College Portfolio | A | Interest | J | T | Distributed (part) | 01/13/20 | J | A | |
| 8. | | | | | Buy (add'l) | 01/03/20 | J | | |
| 9. Charles Schwab Joint Brokerage Account | | | | | | | | | |
| 10. -Schwab Bank Cash | A | Interest | K | T | | | | | |
| 11. -JP Morgan Hedged Equity (JHEQX) | A | Dividend | K | T | Buy | 10/05/20 | K | | |
| 12. | | | | | Buy (add'l) | 12/31/20 | K | | |
| 13. -Janus Henderson Short Duration (VNLA) | A | Dividend | K | T | Buy | 10/05/20 | K | | |
| 14. Schwab Brokerage ▓▓▓▓ | | | | | | | | | |
| 15. Schwab Bank Cash | A | Interest | J | T | | | | | |
| 16. Charles Schwab IRA ▓▓▓▓ | | | | | | | | | |
| 17. Schwab Bank Cash | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Magnus-Stinson, Jane E.** | 4/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Loomis Sayles Global Bond (LSGLX) | A | Dividend | J | T | | | | | |
| 19.  Pioneer Strategic Income (STRYX) | A | Dividend | J | T | | | | | |
| 20.  Artisan International Fund (APDIX) | B | Dividend | K | T | | | | | |
| 21.  Diamond Hill Small Cap (DHSCX) | | None | | | Sold | 04/20/20 | J | A | |
| 22.  Dodge & Cox Stock (DODGX) | B | Dividend | K | T | | | | | |
| 23.  Harbor Capital Appreciation (HACAX) | | None | | | Sold | 06/18/20 | L | F | |
| 24.  Matthews Asia Dividend (MAPIX) | A | Dividend | J | T | | | | | |
| 25.  Neuberger Berman Gensis (NBGNX) | A | Dividend | J | T | | | | | |
| 26.  Scout Unconstrained Bond (SUBEX) | A | Dividend | J | T | | | | | |
| 27.  Doubleline Total Return (DBLTX) | A | Dividend | J | T | | | | | |
| 28.  JP Morgan Midcap Value | B | Dividend | J | T | | | | | |
| 29.  Legg Mason BW Global Bond | A | Dividend | J | T | | | | | |
| 30.  Peartree (QUSIX) | A | Dividend | J | T | | | | | |
| 31.  Schwab Value Advantage (SWVXX) | A | Dividend | K | T | | | | | |
| 32.  ICM Small Cap (ICSCX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 33.  American Funds AMCAP (FMACX) | B | Dividend | L | T | Buy | 06/18/20 | K | | |
| 34.  Charles Schwab IRA - ▓▓▓▓▓▓ | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Magnus-Stinson, Jane E.** | 4/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Schwab Bank Cash | A | Interest | J | T | | | | | |
| 36.  Loomis Sayles Global Bond (LSGLX) | A | Dividend | J | T | | | | | |
| 37.  Pioneer Strategic Income Institutional (STRYX) | A | Dividend | J | T | | | | | |
| 38.  Vanguard Short Term Inv (VFSTX) | A | Dividend | J | T | | | | | |
| 39.  American Funds AMCAP (FMACX) | B | Dividend | K | T | | | | | |
| 40.  Artisan International Fund (APDIX) | A | Dividend | J | T | | | | | |
| 41.  Diamond Hill Small Cap (DHSCX) | | None | | | Sold | 04/20/20 | J | A | |
| 42.  Goldman Sachs Mid Cap Value (GSMCX) | A | Dividend | J | T | | | | | |
| 43.  Matthews Asia Dividend (MAPIX) | A | Dividend | J | T | | | | | |
| 44.  NB Genesis (NBGNX) | A | Dividend | J | T | | | | | |
| 45.  Vanguard Windsor II (VWNFX) | B | Dividend | K | T | | | | | |
| 46.  MFS International New Discovery (MWNIX) | A | Dividend | J | T | | | | | |
| 47.  Doubleline Total Return (DBLTX) | A | Dividend | K | T | | | | | |
| 48.  DFA International Value (DFIVX) | A | Dividend | J | T | | | | | |
| 49.  Baird Mid Cap (BMDIX) | A | Dividend | J | T | | | | | |
| 50.  -Schwab Value Advantage (SWBXX) | A | Dividend | K | T | | | | | |
| 51.  -ICM Small Cap (ICFCX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Magnus-Stinson, Jane E.** | 4/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Charles Schwab Brokerage - ▓ | | | | | | | | | |
| 53.   Schwab Bank Cash | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 4/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Magnus-Stinson, Jane E.** | 4/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jane E. Magnus-Stinson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544